UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NAKETA C. MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00053 ERW |
| ) | |
| AMEREN UE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Supplemental Motion for Additional Time to Respond to Defendant's Discovery and Motion for Dismiss [doc. #16] is **GRANTED**. Plaintiff shall file her discovery responses and pleadings in opposition to Defendant's Motion to Dismiss no later than **July 30, 2009**.

Dated this 30th Day of June, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE