UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NAKETA C. MALONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00053 ERW |
| ) | |
| AMEREN UE, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Response to Order to Show Cause [doc. #52].

On January 19, 2010, this Court held a telephone hearing to address Defendant's Motion for Protective Order [doc. #45] and Plaintiff's Motion to Quash Depositions [doc. #47]. At that hearing, the Court ordered that Plaintiff would be prohibited from asking questions regarding the February 2002 Settlement Agreement between Plaintiff, several other charging parties, and Defendant. However, the Court gave Plaintiff's attorney seven days in which to file a brief persuading the Court otherwise. Plaintiff's counsel filed such a brief on January 26, 2010, and Defendant filed its Response on February 1, 2010.

The Court has examined the briefs submitted by the Parties, and believes that Plaintiff has failed to demonstrate that he is entitled to discovery concerning the February 2002 Settlement Agreement under the facts and circumstances of this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Court's previous ruling will stand, and Plaintiff is prohibited from asking questions about the February 2002 Settlement Agreement between Plaintiff, several other charging parties, and Defendant.

Dated this 16th Day of February, 2010.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE